# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| ANTWAN JONES, | * |
| | * |
| Petitioner, | *    CIVIL ACTION NO.: 2:15-cv-26 |
| | * |
| v. | * |
| | *    Case No. 2:12-cr-9 |
| UNITED STATES OF AMERICA, | * |
| | * |
| Respondent. | * |

## ORDER

Presently before the Court is Petitioner Antwan Jones' Motion to Dismiss his 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence. Dkt. No. 7. Jones' Motion is **GRANTED**, and Jones' Section 2255 Motion is **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

Jones filed his Section 2255 Motion on February 26, 2015, and asserted his counsel was ineffective for failing to file a timely notice of appeal with the Eleventh Circuit Court of Appeals and for failing to object to the firearm enhancement contained in the Presentence Investigation Report. Dkt. No. 1, p. 3. In response, the Government asserted Jones' Section 2255 Motion was untimely, and alternatively, Jones' claims of

ineffective assistance were without merit. Dkt. No. 5, pp. 7-10, 11-20. Based on the Government's Response to his Section 2255 Motion, Jones filed a Motion to Dismiss his Section 2255 Motion.

Based on Jones' representations to this Court, Jones' Motion to Dismiss is **GRANTED**. Jones' Motion to Vacate, Set Aside, or Correct his Sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 4 day of March, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA