# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANTWAN JONES, | * | |
| Movant, | * | CIVIL ACTION NO.: 2:16-cv-97 |
| v. | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 2:12-cr-9) |
| Respondent. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10, to which Movant Antwan Jones ("Jones") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Jones' Motion to Vacate, Set Aside, or Correct his Sentence as untimely filed, **DENIES** Jones *in forma pauperis* status on appeal and a Certificate of Appealability, and **DIRECTS** the Clerk of Court to

**CLOSE** this case and to enter the appropriate judgment of dismissal.[1]

**SO ORDERED**, this 27 day of March, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] To the extent Jones' claims are timely, the Court **DENIES** Jones' Section 2255 Motion for the reasons set forth in the Magistrate Judge's Report and Recommendation. Dkt. No, 10, pp. 7-10.